DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. EDCV 06-00256 JC<br><br>[PROPOSED] ORDER REDACTING ADMINISTRATIVE RECORD AFTER ANSWER FILED |

    The parties' stipulation to redact page 182 of the certified administrative record is hereby approved.  As stipulated by the parties,

    1)    Page 182 shall be removed from all copies of the C.A.R. filed with the court, and in the possession of the parties;

    2)    Any copy of page 182 produced for purposes of negotiating the instant agreement will be destroyed;

    3)    The inadvertent inclusion of said pages in the C.A.R. is not and will not be a basis for a claimed error.

Dated: July 14, 2006      /s/
                                      JACQUELINE CHOOLJIAN
                                      UNITED STATES MAGISTRATE JUDGE